**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THOMAS CANHAM, | ) | |
| | ) | |
| Plaintiff, | ) | 13-cv-8942 |
| | ) | |
| vs. | ) | Judge Leinenweber |
| | ) | |
| PERFORMANT RECOVERY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**FED.R.CIV.P. 41(a)(1)
NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Thomas Canham ("Plaintiff"), hereby voluntarily dismisses his claims against Defendant, with each party to bear its own costs and fees.

   s/Catherine A. Ceko
Catherine A. Ceko

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

I, Catherine A. Ceko, hereby certify that on March 12, 2014, I caused to be filed the foregoing documents via the CM/ECF System which will send notification of such filing to the following parties:

Palak N. Shah
pshah@hinshawlaw.com

David Schultz
dschultz@hinshawlaw.com

HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000

                                                     s/Catherine A. Ceko
                                                     Catherine A. Ceko